# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: SALE OF REAL ESTATE BY LACKAWANNA TAX CLAIM BUREAU

JUDICIAL TAX SALE PROPERTY SITUATED AT 102-104 S. MAIN AVENUE, SCRANTON, PA 18504

TAX MAP NO. 145.18.040-050

REAL OWNER(S) JEAN CALIXTE

HSBC BANK USA, N.A., AS INDENTURED TRUSTEE FOR THE REGISTERED HOLDERS OF THE RENAISSANCE HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-1

v.

LACKAWANNA COUNTY-TAX CLAIM BUREAU

CHRISTOPHER T. TRACY

: No. 615 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

PETITION OF: HSBC BANK USA, N.A., AS INDENTURED TRUSTEE FOR THE REGISTERED HOLDERS OF THE RENAISSANCE HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-1

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.